HENRY BETZ, as Administrator, etc., v. EDWARD J. BARTON LIGHTERAGE AND TRANSPORTATION COMPANY, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs.     Present —- Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

COHEN BROTHERS MANUFACTURING COMPANY v. MEYER DORFMAN.— Motion to dismiss appeal granted, with ten dollars costs.     Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CHARLES A. COFFIN and Others v. ELVERTON R. CHAPMAN and Others.— Motion to dismiss appeal granted, with ten dollars costs.     Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EAGLE PENCIL COMPANY v. RICHMOND ROCHESTER.— Motion to dismiss appeal from judgment granted, with ten dollars costs, unless appellant complies with terms of order.     Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EAGLE PENCIL COMPANY v. RICHMOND ROCHESTER.— Motion to dismiss appeal from order granted, with ten dollars costs.     Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MANUEL J. BRAZILL v. MARGARET WEED, Individually, etc., and Others. — Motion to dismiss appeal denied, with ten dollars costs.     Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EMILE MEYER and Others v. MEYER KAPLAN.— Motion to dismiss appeal granted, without costs.     Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CHARLES OSTROW v. JOHN DOUGLAS.— Motion to dismiss appeal granted, with ten dollars costs.     Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ANTONIO LATERZA v. NORTH RIVER HORSE MANURE COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order.     Order filed.     Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PAULINE HANNAN.— Motion to dismiss appeal granted.     Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN J. LYONS.— Motion to dismiss appeal granted.     Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES McELLIOGGET.— Motion to dismiss appeal granted.     Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM COX and WILLIAM SHEA.— Motion to dismiss appeal granted.     Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.